IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DANIEL A. DZINA,<br>Plaintiff, | ]<br>]<br>] Case No. 1:02CV2436 |
| v. | ]<br>] Judge Oliver<br>] Magistrate Judge Vecchiarelli |
| UNITED STATES OF AMERICA,<br>Defendant. | ]<br>] |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties to the above captioned action, that

1. The above captioned matter has been settled in accordance with the terms of the parties' settlement agreement.

2. This case is dismissed with prejudice pursuant to Rule 41, F.R.Civ.P.

3. Each party will bear its own costs including attorney fees.

IT IS SO ORDERED:

Date: November 30, 2004

/s/SOLOMON OLIVER, JR.
JUDGE SOLOMON OLIVER
U.S. District Court

STIPULATION AND ORDER OF DISMISSAL
Daniel Dzina v. United States
Case No. 02CV2436  (USDC ND OH ED)

Agreed to:

By: *[signature]*

Stephen A. Sherman
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6404
Stephen.A.Sherman@udoj.gov

Date: November 18, 2004

By: *[signature]*

Mark B. Cohn
McCarthy, Lebit, Crystal & Liffman
1800 Midland Building
101 West Prospect Avenue
Cleveland, Ohio 44115
(216) 696-1422
mbc@mccarthylebit.com

Date: November 17, 2004

2